| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Daniel King<br>3435 Wilshire Blvd<br>Suite 1111<br>Los Angeles, CA 90010<br>213-388-3887 Fax: 213-388-1744<br>207911 CA<br>dking@theattorneygroup.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Carmen Victoria Valladares-Egan<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>**[11 U.S.C. § 521(a)(1)(B)(iv)]**<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (<u>Check only ONE box below</u>):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  October 26, 2021            Carmen Victoria Valladares-Egan            [signature]
                                   Printed name of Debtor 1                    Signature of Debtor 1

---

| Statement of Earnings For: | **Carmen V Egan** | | | | | | | Modern Hero, Inc.<br>7590 N Glenoaks Blvd Ste 200<br>Burbank, CA 91504-1011 | United Cerebral Palsy-Spastic<br>Children's Foundation of Los<br>Angeles and Ventura Counties<br>UCPLA<br>6430 Independence Ave<br>Woodland Hills, CA 91367-2607 |
|---|---|---|---|---|---|---|---|---|---|
| Employee #: | 4022 | GEO Location | 10 | Period Begin: | 10/10/2021 | Check Date: | 10/29/2021 | | |
| Clock Number: | | Loc/Proj | 199-1008 | Period End: | 10/23/2021 | Pay Type: | Hourly | | |
| Company Id: | 11416 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | | |
| | | State Filing: | Single or | Exemptions: | 0 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V617013 | $0.00 | $1,762.40 | $1,405.86 | |

| EARNINGS | | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0300 | 80.00 | 1,762.40 | 596.00 | 13,129.88 | SOC SEC EE | 109.27 | 868.82 | Medical Pre-tax | 0.00 | 136.00 |
| *Tot Hrs Worked | | 0.00 | 80.00 | | | MED EE | 25.55 | 203.19 | Dental Pre-tax | 0.00 | 266.88 |
| Vacation | | 0.00 | 0.00 | 32.00 | 704.96 | FEDERAL WH | 145.91 | 1,114.65 | Vision Pre-tax | 0.00 | 35.60 |
| Sick | | 0.00 | 0.00 | 12.00 | 264.36 | CALIFORNIA WH | 54.66 | 408.39 | | | |
| Holiday | | 0.00 | 0.00 | 16.00 | 352.48 | CALIFORNIA SDI | 21.15 | 168.16 | | | |
| **Total:** | | 80.00 | 1,762.40 | 656.00 | 14,451.68 | **Total:** | 356.54 | 2,763.21 | **Total:** | 0.00 | 438.48 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Total Balance | Avail. To Use | | Checking | Account: ####0383 | Deposit Amount: | 1,405.86 |
| Sick [Per Hour] | 47.91 | 47.91 | | | | | |
| Vacation [FTPT, Per Hour] | 73.23 | 73.23 | | | | | |
| CA PSL [FTCA, Front-Load] | 80.00 | 80.00 | | | | | |

Modern Hero, Inc.
7590 N Glenoaks Blvd Ste 200
Burbank, CA 91504-1011

**CARMEN V EGAN**

4022 10 199-1008
Carmen V Egan
4337 W 170th St
Lawndale, CA 90260

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/29/2021 | V617013 |

**TOTAL NET PAY**
******$1,405.86

**NOT NEGOTIABLE**

| Statement of Earnings For: | **Carmen V Egan** | | | | | | Modern Hero, Inc.<br>7590 N Glenoaks Blvd Ste 200<br>Burbank, CA 91504-1011 | United Cerebral Palsy-Spastic Children's Foundation of Los Angeles and Ventura Counties UCPLA<br>6430 Independence Ave<br>Woodland Hills, CA 91367-2607 |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 4022 | GEO Location | 10 | Period Begin: | 9/26/2021 | Check Date: | 10/15/2021 | |
| Clock Number: | | Loc/Proj | 199-1008 | Period End: | 10/9/2021 | Pay Type: | Hourly | |
| Company Id: | 11416 | Federal Filing: | Single or | Exemptions: | | Additional Tax: | | |
| | | State Filing: | Single or | Exemptions: | 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V598972 | $0.00 | $1,762.40 | $1,366.09 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0300 | 70.00 | 1,542.10 | 516.00 | 11,367.48 | SOC SEC EE | 105.87 | 759.55 | Medical Pre-tax | 17.00 | 136.00 |
| Vacation | 22.0300 | 8.00 | 176.24 | 32.00 | 704.96 | MED EE | 24.76 | 177.64 | Dental Pre-tax | 33.36 | 266.88 |
| Sick | 22.0300 | 2.00 | 44.06 | 12.00 | 264.36 | FEDERAL WH | 139.33 | 968.74 | Vision Pre-tax | 4.45 | 35.60 |
| *Tot Hrs Worked | | 0.00 | 70.00 | | | CALIFORNIA WH | 51.05 | 353.73 | | | |
| Holiday | | 0.00 | 0.00 | 16.00 | 352.48 | CALIFORNIA SDI | 20.49 | 147.01 | | | |
| **Total:** | | 80.00 | 1,762.40 | 576.00 | 12,689.28 | **Total:** | 341.50 | 2,406.67 | **Total:** | 54.81 | 438.48 |

| LEAVE ACCRUAL | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|
| Accrual Type | Total Balance | Avail. To Use | Checking | Account: ####0383 | Deposit Amount: | 1,366.09 |
| Sick [Per Hour] | 45.23 | 45.23 | | | | |
| Vacation [FTPT, Per Hour] | 69.84 | 69.84 | | | | |
| CA PSL [FTCA, Front-Load] | 80.00 | 80.00 | | | | |

Modern Hero, Inc.
7590 N Glenoaks Blvd Ste 200
Burbank, CA 91504-1011

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/15/2021 | V598972 |

**CARMEN V EGAN**

| TOTAL NET PAY |
|---|
| ******$1,366.09 |

4022 10 199-1008

Carmen V Egan
4337 W 170th St
Lawndale, CA 90260

**NOT NEGOTIABLE**

| Statement of Earnings For: | Carmen V Egan | | | Period Begin: 9/12/2021 | Check Date: 10/1/2021 | Hero, Inc. | United Cerebral Palsy-Spastic Children's Foundation of Los Angeles and Ventura Counties UCPLA |
|---|---|---|---|---|---|---|---|
| Employee #: 26 | GEO Location | 10 | | Period End: 9/25/2021 | Pay Type: Hourly | N Glenoaks Blvd Ste 200 Burbank, CA 91504-1011 | |
| Clock Number: | Loc/Proj | 199-1008 | | Exemptions: | Additional Tax: | | 6430 Independence Ave |
| Company Id: 11416 | Federal Filing: Single or | | | Exemptions: 0 | Additional Tax: | | Woodland Hills, CA 91367-2607 |
| | State Filing: Single or | | | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V582885 | $0.00 | $1,762.40 | $1,366.09 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0300 | 72.00 | 1,586.16 | 446.00 | 9,825.38 | SOC SEC EE | 105.87 | 653.68 | Medical Pre-tax | 17.00 | 119.00 |
| Sick | 22.0300 | 8.00 | 176.24 | 10.00 | 220.30 | MED EE | 24.76 | 152.88 | Dental Pre-tax | 33.36 | 233.52 |
| *Tot Hrs Worked | | 0.00 | 72.00 | | | FEDERAL WH | 139.33 | 829.41 | Vision Pre-tax | 4.45 | 31.15 |
| Vacation | | 0.00 | 0.00 | 24.00 | 528.72 | CALIFORNIA WH | 51.05 | 302.68 | | | |
| Holiday | | 0.00 | 0.00 | 16.00 | 352.48 | CALIFORNIA SDI | 20.49 | 126.52 | | | |
| Total: | | 80.00 | 1,762.40 | 496.00 | 10,926.88 | Total: | 341.50 | 2,065.17 | Total: | 54.81 | 383.67 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|---|---|---|
| Accrual Type | Total Balance | Avail. To Use | | Checking | Account: ####0383 | Deposit Amount: 1,366.09 |
| Sick [Per Hour] | 44.90 | 44.90 | | | | |
| Vacation [FTPT, Per Hour] | 74.46 | 74.46 | | | | |

Modern Hero, Inc.
7590 N Glenoaks Blvd Ste 200
Burbank, CA 91504-1011

| CHECK DATE | VOUCHER ID |
|---|---|
| 10/1/2021 | V582885 |

**CARMEN V EGAN**

26 10 199-1008

Carmen V Egan
4337 W 170th St
Lawndale, CA 90260

| TOTAL NET PAY |
|---|
| ******$1,366.09 |

**NOT NEGOTIABLE**

| Statement of Earnings For: | Carmen V Eg | | | | | | Modern Hero, Inc. | United Cerebral Palsy-Spastic |
|---|---|---|---|---|---|---|---|---|
| Employee #: 26 | GEO Location: 10 | | Period Begin: 8/29/2021 | | Check Date: 9/17/2021 | | 7590 N Glenoaks Blvd Ste 200 | Children's Foundation of Los Angeles and Ventura Counties |
| Clock Number: | Loc/Proj: 199-1008 | | Period End: 9/11/2021 | | Pay Type: Hourly | | Burbank, CA 91504-1011 | UCPLA |
| Company Id: 11416 | Federal Filing: Single or | | Exemptions: | | Additional Tax: | | | 6430 Independence Ave |
| | State Filing: Single or | | Exemptions: 0 | | Additional Tax: | | | Woodland Hills, CA 91367-2607 |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V566141 | $0.00 | $1,762.40 | $1,366.09 | |

| EARNINGS | | | | *Not Included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 22.0300 | 64.00 | 1,409.92 | 374.00 | 8,239.22 | SOC SEC EE | 105.87 | 547.81 | Medical Pre-tax | 17.00 | 102.00 |
| Vacation | 22.0300 | 8.00 | 176.24 | 24.00 | 528.72 | MED EE | 24.76 | 128.12 | Dental Pre-tax | 33.36 | 200.16 |
| Holiday | 22.0300 | 8.00 | 176.24 | 16.00 | 352.48 | FEDERAL WH | 139.33 | 690.08 | Vision Pre-tax | 4.45 | 26.70 |
| *Tot Hrs Worked | | 0.00 | 64.00 | | | CALIFORNIA WH | 51.05 | 251.63 | | | |
| Sick | | 0.00 | 0.00 | 2.00 | 44.06 | CALIFORNIA SDI | 20.49 | 106.03 | | | |
| Total: | | 80.00 | 1,762.40 | 416.00 | 9,164.48 | Total: | 341.50 | 1,723.67 | Total: | 54.81 | 328.86 |

| LEAVE ACCRUAL | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|
| Accrual Type | Total Balance | Avail. To Use | | Checking | Account: ####0383 | Deposit Amount: | 1,366.09 |
| Sick [Per Hour] | 50.49 | 50.49 | | | | | |
| Vacation [FTPT, Per Hour] | 71.08 | 71.08 | | | | | |

Modern Hero, Inc.
7590 N Glenoaks Blvd Ste 200
Burbank, CA 91504-1011

| CHECK DATE | VOUCHER ID |
|---|---|
| 9/17/2021 | V566141 |

**CARMEN V EGAN**

| TOTAL NET PAY |
|---|
| ******$1,366.09 |

26 10 199-1008

Carmen V Egan
4337 W 170th St
Lawndale, CA 90260

**NOT NEGOTIABLE**